IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David Oppenheimer and Performance Impressions, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action 2:16-cv-<u>00336</u> - <u>DCN</u> ) |
| Brand Name Real Estate of SC, Inc., | ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) (JURY TRIAL DEMANDED) |

S U M M O N S

TO:  Brand Name Real Estate of SC, Inc.

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' Attorney, John Hughes Cooper, Esquire, John Hughes Cooper, P.C., 1476 Ben Sawyer Blvd., Suite 11, Mt. Pleasant, SC 29464 an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Robin L. Blume</u>_____
Clerk

By: <u>s/John P. Bryan, Jr.</u>
     Deputy Clerk

February <u>3</u>, 2016
Date

1